# United States Bankruptcy Court
## Southern District of Florida

In re   **21 The Serpentine Roslyn NY LLC**                                 Case No. **18-14407-RAM**
Debtor(s)                                                                    Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **21 The Serpentine Roslyn NY LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **April 20, 2018** | **/s/ Joel M. Aresty** |
| Date | **Joel M. Aresty 197483** |
| | Signature of Attorney or Litigant |
| | Counsel for   **21 The Serpentine Roslyn NY LLC** |
| | **Joel M. Aresty P.A.** |
| | **309 1st Ave S** |
| | **Tierra Verde, FL 33715** |
| | **305-899-9876 Fax:305-899-9889** |
| | **aresty@icloud.com** |