

**ORDERED in the Southern District of Florida on February 18, 2019.**

_____
Robert A. Mark, Judge
United States Bankruptcy Court

_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHER DISTRICT OF FLORIDA
## MIAMI DIVISION

IN RE:                                                      Case No. 18-14407-RAM

21 SERPENTINE ROSLYN NY LLC,           Chapter 11

Debtor.
_____/

### ORDER GRANTING CITIMORTGAGE, INC.'S MOTION TO DISMISS CHAPTER 11 CASE WITH BAR TO REFILING

**THIS CASE** came before the Court for hearing on February 14, 2019 at 2:00 p.m. upon the *Motion to Dismiss Chapter 11 Case with Bar to Refiling* [D.E. #67] (the "Motion to Dismiss") filed by CitiMortgage, Inc. ("Creditor"). For the reasons stated orally on the record at the hearing that shall constitute the decision of the court, it is

**ORDERED** as follows**:**

1. Creditor's *Motion to Dismiss* is **GRANTED** for cause pursuant to 11 U.S.C. Section 1112(b).

2. This case is dismissed *with prejudice* as to the Debtor filing any bankruptcy proceeding for a period of **one (1) year** from the date of this Order.

3. All motions not previously ruled upon are denied as moot.

4. This Court retains jurisdiction to enforce the terms and provisions of this Order.

5. The Debtor shall file any pending Monthly Operating Reports within fourteen (14) days of the entry of this Order and simultaneously pay the United States Trustee any unpaid sum due pursuant to 28 U.S.C. Section 1930(a)(6).

6. The Debtor shall pay the Bankruptcy Clerk of the Court any outstanding fees, costs and charges in connection with this case within fourteen (14) days of the entry of this Order.

###

Wanda D. Murray, Esq. is directed to serve copies of this order on the parties listed below and file a certificate of service.

**DEBTORS**
**(via U.S. Mail)**
21 The Serpentine Roslyn Ny
1688 Meridian Avenue
Miami Beach, FL 33141

**DEBTOR ATTORNEY**
**(via electronic notice)**
Joel M. Aresty, Esq.
309 1st Avenue S
Tierra Verde, FL 33715

**UNITED STATES TRUSTEE**
**(via electronic notice)**
Department of Justice
Southern District of Florida - Miami
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

USTPRegion21.MM.ECF@usdoj.gov

**CREDITORS LIST ATTACHED**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 18-14407-RAM<br>Southern District of Florida<br>Miami<br>Fri Feb 15 16:57:00 EST 2019 | 21 The Serpentine Roslyn Ny LLC<br>1688 Meridian Avenue<br>Miami Beach, FL 33139-2710 | The United States of America (Small Business<br>U.S. Attorney, Southern District of FL<br>Room 7221<br>409 3rd Street SW<br>Washington, DC 20416-0011 |
| CitiMortgage, Inc.<br>P.O. Box 688971<br>Des Moines, IA 50368-8971 | Broadway Check Cashing Corp<br>41 West 14th St<br>New York, NY 10011-7402 | Citimortgage<br>PO Box 6243<br>Sioux Falls, SD 57117-6243 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | IRS<br>999 Stewart Ave<br>Bethpage, NY 11714-3632 | Internal Revenue Service<br>PO BOX 7346<br>Philadelphia, PA 19101-7346 |
| J.P. Morgan Chase<br>270 Park Ave<br>New York, NY 10017-7924 | JP MORGAN CHASE BANK, N.A.<br>ATTENTION: PRESIDENT OR CEO<br>111 POLARIS PKWY<br>COLUMBUS, OH 43240 | JP MORGAN CHASE BANK, N.A.<br>R.A. CT CORPORATION SYSTEM<br>1200 S PINE ISLAND RD<br>PLANTATION, FL 33324-4413 |
| La-Z-Boy Incorporated<br>PO Box 26777<br>Roslyn, NY 11576 | Neal Basser<br>21 Serptentine<br>Roslyn, NY 11576 | Northwid Landscaping & Design, Inc.<br>223 Wall St<br>Huntington, NY 11743-2060 |
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Small Business Administration<br>409 Third Street, SW<br>Washington, DC 20416-0005 | Small Business Administration:<br>DAVE FISHMAN, ATTORNEY<br>409 3rd St SW,<br>Washington, DC 20024-3212 |
| Small Business Administration:<br>Emmett Clark, Administrative Specialist,<br>General Counsel and Authorized Agent<br>409 3rd St SW,<br>Washington, DC 20024-3212 | Solomon & Siris P.C.<br>Bill Tsevis, Esq.<br>100 Quentin Roosevelt Blvd<br>Suite 504<br>Garden City, NY 11530-4843 | Stanley Furniture Company, Inc<br>PO Box 934225<br>Atlanta, GA 31193-4225 |
| Sweeney, Gallo, Reich & Bolz<br>Rosemarie Klie<br>95-25 Queens Blvd, 11th Floor<br>Rego Park, NY 11374-4509 | U.S. Small Business Administration<br>200 W. Santa Ana Blvd., Suite 740<br>Santa Ana, CA 92701-7534 | US Attorney Richard Donoghue<br>271 Cadman Plaza East<br>Brooklyn, NY 11201-1835 |
| Danielle P Light<br>450 Seventh Ave., Suite 1408<br>New York, NY 10123-1408 | Joel M. Aresty Esq.<br>309 1st Ave S<br>Tierra Verde, FL 33715-2231 | |